IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNATHAN HANSEN,**<br><br>Plaintiff,<br><br>v.<br><br>**AETNA LIFE INSURANCE COMPANY,**<br><br>Defendant. | 1:15-cv-01739 LJO MJS<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED FOR THE PARTIES' FAILURE TO FILE DISPOSITIVE MOTIONS** |

On November 17, 2015, Plaintiff filed the instant action for disability benefits under ERISA with this Court. (Compl., ECF No. 1.) On February 23, 2016, the Court issued a scheduling order requiring the parties to file dispositive briefing on September 14, 2016, in lieu of proceeding to trial. (Order, ECF No. 14.) September 14, 2016 has passed and neither party has filed briefing or requested a modification to the scheduling order.

Local Rule 110 reads:

Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of

1

the Court.

The parties' failure to take required action in the matter wastes judicial resources.

Accordingly the parties are hereby ORDERED to show cause why monetary or terminating sanctions should not be issued for failure to prosecute and failure to comply with the orders of this Court. The parties are ORDERED to file responses on or before December 2, 2016.

IT IS SO ORDERED.

Dated:   November 16, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE